Greg Smith
David Berten
Rhett Dennerline
COMPETITION LAW GROUP LLC
55 West Monroe, Suite 1930
Chicago, Illinois 60603
Telephone: (312) 629-1900
Facsimile: (312) 629-1988

Local Counsel:

Gregory S. Markow (SBN 216748)
HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP
600 West Broadway, Eighth Floor
San Diego, California 92101
Tel: (619) 239-3444
Fax: (619) 232-6828

Attorneys for Plaintiff, DataQuill Limited, a British Virgin Islands Company

FILED
08 MAR 24 PM 12: 39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DATAQUILL LIMITED,**<br><br>Plaintiff,<br><br>v.<br><br>**HIGH TECH COMPUTER CORP.,**<br><br>Defendant. | Case No. 08 CV 0543 IEG LSP<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

1.  This is an action for patent infringement arising under 35 U.S.C. § 271. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (patent).

2.  Plaintiff DataQuill Limited is a limited company organized under the laws of the British Virgin Islands. DataQuill owns an exclusive right, title and interest in United States Patent No. 6,058,304, entitled "Data Entry System," issued May 2, 2000 in regard to this action; and United States Patent No. 7,139,591, entitled "Hand Held Telecommunications and Data Entry Device," issued November 21, 2006 (collectively referred to herein as "the patents in suit"). DataQuill has standing herein to sue for infringement of the patents in suit.

1

COMPLAINT FOR PATENT INFRINGEMENT

3. Defendant High Tech Computer Corp. ("HTC") is a corporation organized under the laws of the Republic of China, with executive offices at 23 Hsin Hua Rd., Taoyuan 330, Taiwan, R.O.C.

4. HTC offers accused products for sale to customers in this District at least via its web site, e.g., via www.america.htc.com, with links for products to "Buy Now".

5. The web sites, www.htc.com and related site www.america.htc.com are registered to HTC.

6. On information and belief, after reasonable opportunity for further discovery, the evidence will likely support and confirm that HTC, through employees, distribution companies and/or agents, imports, offers for sale, and/or sells in the United States, and in this judicial district, products alleged herein to infringe claims of the '304 patent and '591 patent.

7. This Court has personal jurisdiction over HTC because it has established minimum contacts with the forum, at least as alleged above in Paragraphs 4 to 6. The exercise of jurisdiction over HTC would not offend traditional notions of fair play and substantial justice.

8. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(d) because HTC is an alien that may be sued in any district.

## COUNT I – PATENT INFRINGEMENT

9. On information and belief, after reasonable opportunity for further discovery, the evidence will likely support and confirm that HTC, for instance through its employees and/or agents, has infringed and continue to infringe directly, by inducement, and/or contributorily, at least one claim of each of the '304 patent and '591 patent, for example, by acts concerning making, having made, using, selling, offering to sell, and/or importing certain mobile handset products including, for example, at least HTC's "Touch" series, 8100 series, 6500 series, and MteoR series and Pocket PC series products, among others.

10. DataQuill's allegation of infringement herein does not include at least claims 43, 54, 61 and 62 of the '304 patent.

/ / /

/ / /

11. HTC received letters on behalf of Plaintiff notifying it of the '304 patent and/or '591 patent and of accused products, such letters being dated April 15, 2006, October 16, 2006, and February 15, 2007.

12. On information and belief, after reasonable opportunity for further discovery, the evidence will likely support that despite having notice of the 304 patent and '591 patent, HTC has continued its infringement.

13. HTC's infringement has caused monetary damage and irreparable injury to DataQuill. Unless and until HTC's infringement is enjoined by this Court, it will continue to cause monetary damage and irreparable injury to DataQuill.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff DataQuill respectfully requests that this Court enter judgment against Defendants, granting the following relief:

a. Award damages adequate to fully compensate DataQuill for the infringement that has occurred, including prejudgment and post-judgment interest;

b. Award any applicable enhanced damages as supported by discovery and permitted pursuant to 35 U.S.C. § 284;

c. Award any applicable attorneys' fees and expenses as supported by discovery of this being an exceptional case pursuant to 35 U.S.C. § 285;

d. Permanently enjoin HTC, its direct and indirect subsidiaries, their customers, and all those acting in concert or participation with them from further acts of infringement; and

e. Award such other and further relief as is allowed or just.

## JURY DEMAND

DataQuill demands trial by jury on all issues so triable in this action.

Dated:   March 24, 2008

RESPECTFULLY SUBMITTED,
HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP

By: _____
Gregory S. Markow
Attorneys for Plaintiff, DataQuill Limited

343427.1

```
            UNITED STATES
            DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

         # 149041       - KD

            March 24. 2008
               12:42:18

            Civ Fil Non-Pris
  USAO #.: 08CV0543
  Judge..: IRMA E GONZALEZ
  Amount.:                    $350.00 CK
  Check#.: BC6329


         Total->  $350.00


  FROM: CIVIL FILING
        DATAQUILL LTD. V. HIGH TECH CO
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DATAQUILL LIMITED

**(b)** County of Residence of First Listed Plaintiff: British Virgin Island
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Hecht Solberg Robinson Goldberg & Bagley LLP
600 W. Broadway, 8th Floor

## DEFENDANTS
HIGH TECH COMPUTER CORP.

FILED 08 MAR 24 PM 12:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): '08 CV 0543 IEG LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. 271
Brief description of cause:
Patent Infringment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 03/24/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 149041  AMOUNT $350  APPLYING IFP 1/20 3/24/08  JUDGE ____  MAG. JUDGE ____

CR