Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 MAR 24 PM 12:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

DATAQUILL LIMITED,

Plaintiff.
vs

HIGH TECH COMPUTER CORP.,

Defendant.

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0543 IEG LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory A. Markow (SBN 216748)(619-239-3444)
Hecht Solberg Robinson Goldberg & Bagley LLP
600 W. Broadway, 8th Floor
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.            3/24/08
CLERK                              DATE

By  C. PUTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)