Greg Smith
David Berten
Rhett Denner Line
**COMPETITION LAW GROUP LLC**
55 West Monroe, Suite 1930
Chicago, Illinois 60603
Telephone:   (312) 629-1900
Facsimile:   (312) 629-1988

Local Counsel:

Gregory S. Markow (SBN 216748)
**HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP**
600 West Broadway, Eighth Floor
San Diego, California 92101
Tel:   (619) 239-3444
Fax:   (619) 232-6828

**Attorneys for Plaintiff, Data Quill Limited, a British Virgin Islands Company**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| **DATAQUILL LIMITED**<br><br>Plaintiff,<br><br>v.<br><br>HIGH TECH COMPUTER CORP.,<br><br>Defendant. | Case No. 08 CV 0543 IEG LSP |

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Writ: Summons in a Civil Action; Complaint for Patent Infringement

   The United States District Court, Southern District of California presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect service of process upon the named Defendant in the above captioned civil proceeding currently pending before this court. This court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that Defendant HIGH TECH COMPUTER CORP. may be served at the following address:

                    **23 Hsin Road**
                      **Taoyuan**
                      **Taiwan**

      **The Court respectfully requests that you cause one copy of the aforementioned documents to be served upon HIGH TECH COMPUTER CORP. at the above described address in the manner prescribed for a service of similar documents under the laws of Taiwan. This Court further requests that, after service has been made, you cause the person who serves the documents upon HIGH TECH COMPUTER CORP. to execute a Certificate of Service and return it, together with a copy of the documents served, to this court at the address below.**

      **The Attorneys for the Plaintiff stand ready to reimburse your authority for all expenses incurred in executing this request for international judicial assistance. This court also assures your authority that it will reciprocate with similar assistance in like cases.**

      **The court extends to the judicial authorities in Taiwan the assurances of its highest consideration.**

_____                _____
**Date**                                                    **The Honorable Irma E. Gonzalez**
                                                               **U.S. District Court**
                                                               **Southern District of California**
                                                               **940 Front Street**
                                                                **San Diego, CA 92101-8900**
                                                               **United States of America**

                                                               **Telephone: (619) 557-5600**