Gregory S. Markow
HECHT SOLBERG ROBINSON GOLDBERG BAGLEY LLP
600 West Broadway, 8th Floor
San Diego, California 92101
Telephone: (619) 239-3444
Facsimile: (619) 232-6828

Greg Smith
David Berten
Rhett Dennerline
COMPETITION LAW GROUP LLC
55 West Monroe, Suite 1930
Chicago, Illinois 60603
Telephone: (312) 629-1900
Facsimile: (312) 629-1988

Counsel for Plaintiff
DataQuill Limited, a British Virgin Islands Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DATAQUILL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HIGH TECH COMPUTER CORP.,<br><br>Defendant. | Case No. 08 CV 0543 IEG LSP<br><br>EX PARTE APPLICATION FOR ISSUANCE OF LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS |
|---|---|

Plaintiff DataQuill Limited hereby requests that this Court issue Letters Rogatory directed to the Appropriate Judicial Authority of Taiwan so that service of the summons and complaint in this action upon Defendant High Tech Computer Corporation can be effected. In support of this motion, plaintiff states:

1. Defendant High Tech Computer Corp. ("HTC") can be found and served at 23 Hsin Hua Rd., Taoyuan 330, Taiwan.

2. Plaintiff has been unable to locate an agent in the United States who is authorized to accept service of process on behalf of Defendant.

3. The Complaint herein alleges facts which establish personal jurisdiction by this Court over defendant.

4. The Letters Rogatory requests the appropriate judicial authority of Taiwan to cause service of a copy of the Summons and Complaint herein upon defendant in the manner prescribed for service of similar documents under the laws of Taiwan. It further requests that the appropriate judicial authority of Taiwan cause the person effecting service to provide proof of such service to this Court.

5. A copy of the proposed Letters Rogatory is attached.

August 28, 2008

Respectfully Submitted

_____
Gregory S. Markow
Counsel for Plaintiff DATAQUILL LTD.

Greg Smith
David Berten
Rhett Denner Line
COMPETITION LAW GROUP LLC
55 West Monroe, Suite 1930
Chicago, Illinois 60603
Telephone:   (312) 629-1918
Facsimile:   (312) 629-1988

Local Counsel:

Gregory S. Markow (SBN 216748)
HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP
600 West Broadway, Eighth Floor
San Diego, California 92101
Tel:   (619) 239-3444
Fax:   (619) 232-6828

Attorneys for Plaintiff, Data Quill Limited, a British Virgin Islands Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF CALIFORNIA

| DATAQUILL LIMITED | Case No. 08 CV 0543 IEG LSP |
|---|---|
| Plaintiff, | |
| v. | |
| HIGH TECH COMPUTER CORP., | |
| Defendant. | |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Writ: Summons in a Civil Action; Complaint for Patent Infringement

The United States District Court for the Southern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan and requests international judicial assistance to effect service upon the Defendant named in the above caption, HIGH TECH COMPUTER CORP., of the Complaint filed in the above-captioned civil proceeding currently pending before this Court and the Summons issued by this Court in this proceeding.  This Court requests the assistance described herein as

necessary in the interests of justice. It has been represented to this Court that Defendant HIGH TECH COMPUTER CORP. may be served at the following address:

> HIGH TECH COMPUTER CORP.
> 23 Hsin Road
> Taoyuan 330
> Taiwan

The Court respectfully requests that you cause one copy of the aforementioned documents to be served upon HIGH TECH COMPUTER CORP. at the above described address in the manner prescribed for service of similar documents under the laws of Taiwan. This Court further requests that, after service has been made, you cause the person who serves the documents upon HIGH TECH COMPUTER CORP. to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

The Attorneys for the Plaintiff stand ready to reimburse the Taiwan judicial authorities for costs incurred in executing this request for international judicial assistance. This court also offers its reciprocal assistance concerning similar requests from the judicial authorities of Taiwan.

The court extends to the judicial authorities of Taiwan the assurances of its highest consideration.

_____  
Date

_____  
The Honorable Irma E. Gonzalez  
United States District Court  
Southern District of California  
940 Front Street  
San Diego, CA 92101-8900  
United States of America

Telephone: (619) 557-5600