**HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP**
GREGORY S. MARKOW (SBN 216748)
600 West Broadway, Eighth Floor
San Diego, California 92101
Tel:  619.239.3444
Fax:  619.232.6828
Email: gmarkow@hsrgb.com

**COMPETITION LAW GROUP LLC**
GREG SMITH
55 West Monroe, Suite 1930
Chicago, Illinois 60603
Tel: 312.629.1918
Fax: 312.629.1988
Email: g.smith@competelaw.com

Attorneys for Plaintiff and Counterdefendant
DataQuill Limited

ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAQUILL LIMITED,<br><br>          Plaintiff,<br><br>v.<br><br>HIGH TECH COMPUTER CORP.,<br><br>          Defendant.<br><hr>HTC CORPORATION,<br><br>          Counterclaimant,<br><br>v.<br><br>DATAQUILL LIMITED,<br><br>          Counterdefendant. | Case No.  08CV543-IEG<br><br>**JOINT CLAIM CONSTRUCTION HEARING STATEMENT PURSUANT TO CASE MANAGEMENT ORDER AND PATENT L.R. 4.2.c**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint filed:  March 24, 2008<br><br>Judge:         Hon. Irma E. Gonzalez<br><br>Magistrate Judge:     Hon. Bernard G. Skomal<br><br>Trial Date:     Not Set |

**ADDITIONAL COUNSEL OF RECORD**

**WILSON TURNER & KOSMO LLP**
FREDERICK W. KOSMO, JR. (138036)
550 West C Street, Suite 1050
San Diego, California  92101
Tel:  619.236.9600
Fax:  619.236.9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: tstevenson@wilsonturnerkosmo.com

**HOWREY LLP**
PETER J. CHASSMAN *(admitted pro hac vice)*
GREGORY A. DUFFEY *(admitted pro hac vice)*
1111 Louisiana, 25th Floor
Houston, Texas  77002
Tel:  713.787.1400
Fax:  713.787.1440
E-mail: chassmanp@howrey.com
E-mail: duffeyg@howrey.com

Attorneys for Defendant and Counterclaimant
HTC Corporation

CASE NO. 08cv543 IEG

JOINT CLAIM CONSTRUCTION HEARING STATEMENT

DM_US:23495487_1

Pursuant to the Case Management Conference Order [docket #48] and Patent L.R. 4.2.c, Plaintiff DataQuill Limited and Defendant HTC Corporation (collectively "the Parties") hereby submit their Joint Hearing Statement regarding claim construction of U.S. Patent Nos. 6,058,304 and 7,139,591.

## I. ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING

The Parties anticipate that the Claim Construction Hearing will take up to one (1) full day.

## II. PROPOSED WITNESSES AT THE CLAIM CONSTRUCTION HEARING

The Parties agree that no witnesses or testimony will be offered at the Claim Construction Hearing.

## III. CLAIM CONSTRUCTION CHART AND CLAIM CONSTRUCTION WORKSHEET

The Parties contemporaneously submit herewith a Joint Claim Construction Chart and a Joint Claim Construction Worksheet.

| Dated: October 19, 2010 | Respectfully submitted, |
|---|---|
| **COMPETITION LAW GROUP LLC**<br><br>By:   /s/ Greg Smith<br>      GREG SMITH<br>      55 West Monroe, Suite 1930<br>      Chicago, Illinois 60603<br>      Tel: 312.629.1918<br>      Fax: 312.629.1988<br>      Email: g.smith@competelaw.com<br><br>**HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP**<br>      GREGORY S. MARKOW<br>      600 West Broadway, Eighth Floor<br>      San Diego, California 92101<br>      Tel: 619.239.3444<br>      Fax: 619.232.6828<br><br>*Attorneys for Plaintiff and* | **WILSON TURNER & KOSMO LLP**<br><br>By:   /s/ Frederick W. Kosmo, Jr.<br>      FREDERICK W. KOSMO, JR.<br>      THERESA OSTERMAN STEVENSON<br>      550 West C Street, Suite 1050<br>      San Diego, California 92101<br>      Tel: 619.236.9600<br>      Fax: 619.236.9669<br>      E-mail: fkosmo@wilsonturnerkosmo.com<br><br>**HOWREY LLP**<br>      PETER J. CHASSMAN<br>      *(admitted pro hac vice)*<br>      GREGORY A. DUFFEY<br>      *(admitted pro hac vice)*<br>      1111 Louisiana, 25th Floor<br>      Houston, Texas 77002 |

1                                              CASE NO. 08cv543 IEG
JOINT CLAIM CONSTRUCTION HEARING STATEMENT

DM_US:23495487_1

| | |
|---|---|
| 1  *Counterdefendant* <br> *DATAQUILL LTD.* <br> 2 <br> 3 <br> 4 | Telephone:  713.787.1400 <br> Facsimile:   713.787.1440 <br> E-mail: chassmanp@howrey.com <br> E-mail: duffeyg@howrey.com <br><br> *Attorneys for Defendant and Counterclaimant* <br> *HTC CORPORATION* |

CASE NO. 08cv543 IEG
JOINT CLAIM CONSTRUCTION HEARING STATEMENT

DM_US:23495487_1