# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAQUILL LIMITED,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>vs.<br><br>HIGH TECH COMPUTER CORP.,<br><br>　　　　Defendant-Counterclaimant. | CASE NO. 08cv543 - IEG (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On September 26, 2011, Defendant High Tech Computer Corp. filed a motion for partial summary judgment of no willful infringement, a motion for partial summary judgment of non-infringement, and a motion to exclude the expert opinions of Joseph Gemini. [Doc. Nos. 129, 130, 133.] A hearing on these motions is currently set for Friday, November 18, 2011 at 9:00 a.m. The Court sets the following briefing schedule for Defendant's motions. Plaintiff shall file any oppositions to Defendants motions on or before **Friday, October 14, 2011.** Defendant shall file its replies on or before **Friday, October 21, 2011.**

**IT IS SO ORDERED.**

**DATED:** September 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　*Irma E. Gonzalez*

　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　**United States District Court**