# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAQUILL LIMITED,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>vs.<br><br>HIGH TECH COMPUTER CORP.,<br><br>　　　　Defendant-Counterclaimant. | CASE NO. 08cv543 - IEG (BGS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE MOTION TO MODIFY THE BRIEFING SCHEDULE**<br><br>[Doc. No. 138] |

　　　　Presently before the Court is Plaintiff Dataquill Limited's ex parte motion to modify the briefing schedule for Defendant's two motions for summary judgment and its motion to exclude. [Doc. No. 138.] Defendant opposes this motion. [Doc. No. 139.]

　　　　On September 26, 2011, Defendant High Tech Computer Corp. filed a motion for partial summary judgment of no willful infringement, a motion for partial summary judgment of non-infringement, and a motion to exclude the expert opinions of Joseph Gemini. [Doc. Nos. 129, 130, 133.] A hearing on these motions is currently set for Friday, November 18, 2011 at 9:00 a.m. On September 28, 2011, the Court set a briefing schedule for these three motions. [Doc. No. 137.]

　　　　For good cause shown, the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff's ex parte motion and modifies the briefing schedule. Plaintiff shall file any oppositions to Defendant's motions on or before **Friday, October 21, 2011.** Defendant shall file its replies on or

///

before **Monday, October 31, 2011.**

    **IT IS SO ORDERED.**

**DATED:** October 5, 2011

*(signature)*

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**